# M A N D A T E

**THE STATE OF TEXAS**

**TO THE 381ST JUDICIAL DISTRICT COURT OF STARR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on February 4, 2015, the cause upon appeal to revise or reverse your judgment between

America Amada Gonzalez and Jamie Christina Garza McRae, Appellant

V.

Jose Gilberto Pena, Et Ux., Appellee

No. 04-14-00048-CV and Tr. Ct. No. DC-10-359

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the issues raised by the appellants regarding the trial court's conclusions as to title ownership are DISMISSED FOR LACK OF JURISDICTION, and the judgment of the trial court is AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellants.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on April 15, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00048-CV

**America Amada Gonzalez and Jamie Christina Garza McRae**

**v.**

**Jose Gilberto Pena, Et Ux.**

(NO. DC-10-359 IN 381ST JUDICIAL DISTRICT COURT OF STARR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | JOSEPH VALE |
| MOTION FEE | $10.00 | E-PAID | DAVID JONES |
| MOTION FEE | $10.00 | E-PAID | MARGIL SANCHEZ |
| MOTION FEE | $10.00 | E-PAID | DAVID JONES |
| MOTION FEE | $10.00 | E-PAID | MARGIL SANCHEZ, JR. |
| MOTION FEE | $10.00 | E-PAID | DAVID JONES |
| EXHIBIT TENDERED FOR ORAL ARGUMENT | $25.00 | E-PAID | MARGIL SANCHEZ |
| EXHIBIT TENDERED FOR ORAL ARGUMENT | $25.00 | E-PAID | MARGIL SANCHEZ |
| MOTION FEE | $10.00 | E-PAID | N/A |
| MOTION FEE | $10.00 | E-PAID | MARGIL SANCHEZ |
| MOTION FEE | $10.00 | E-PAID | MARGIL SANCHEZ |
| MOTION FEE | $10.00 | E-PAID | N/A |
| CLERK'S RECORD | $866.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | MARGIL SANCHEZ, JR. |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | MARGIL SANCHEZ |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | MARGIL SANCHEZ |
| INDIGENT | $25.00 | E-PAID | MARGIL SANCHEZ |
| FILING | $100.00 | E-PAID | MARGIL SANCHEZ |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: 0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this April 15, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853